BEFORE THE THIRD DIVISION, OCTOBER 16, 1942

**No. 47647.**—Protests 72314–K, etc., of Balfour Guthrie & Co., Inc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the frozen frog legs in question are similar to those the subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610) the claim at 10 percent under paragraph 1558 was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 19, 1942

**No. 47648.**—Protests 31761–K, etc., of Wm. Shaland (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel and on the authority of Abstract 47002 the horns in question were held dutiable at 45 percent under paragraph 397 as claimed.

**No. 47649.**—Protest 46357–K of Montgomery Ward & Co. (Seattle).

Opinion by OLIVER, P. J.   Following Abstract 46702 the claim at 30 percent under paragraph 911 (b) was sustained.

**No. 47650.**—Protest 24892–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J.   The exhibit in this case consists of a combination pencil and cigar or cigarette lighter.   At the hearing two witnesses were called for the importer and two for the Government, the only disagreement in their testimony being as to the use of the articles, plaintiffs' witnesses testifying chief use was as a pencil and the Government's witnesses testifying they were primarily used as cigar or cigarette lighters.   Following *United States* v. *Kann* (20 C. C. P. A. 77, T. D. 45702) the articles were held properly assessed under paragraph 1527 (c) (2).

**No. 47651.**—Protests 59873–K, etc., of Butler Brothers et al. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47652.**—Protests 821089–G, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by WALKER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.